UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DELVIS DARIEL
ROMAN-CASTELLANOS,

     Petitioner,

                                               Case No. 26-10369
v.                                           Hon. Matthew F. Leitman

KEVIN RAYCRAFT, *et al.*,

     Respondents.

_____/

## **JUDGMENT**

In accordance with the order entered on this day,

     **IT IS ORDERED AND ADJUDGED** that judgment is entered in favor of

Petitioner and against Respondents.

                                        KINIKIA ESSIX
                                        CLERK OF COURT

                        By:   s/Holly A. Ryan_____
                                        Deputy Clerk

Approved:

s/Matthew F. Leitman_____
MATTHEW F. LEITMAN
United States District Judge

Dated:  April 10, 2026
Detroit, Michigan

1